UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

2nd AMENDED
## CIVIL RIGHTS COMPLAINT FORM
TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

RECEIVED
UNION CORRECTIONAL INSTITUTION
MAY 07 2019
BY: _____
FOR MAILING

HUBERT BABB ,
Inmate # 217290 .
(Enter full name of Plaintiff)

vs.

CASE NO: 4:19-cv-3-RH-CAS
(To be assigned by Clerk)

E. PEREZ (DOCTOR) ,
E. TOLEDO (DOCTOR) ,
_____ ,
_____ ,

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

**I.    PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:     HUBERT BABB
Inmate Number          217290
Prison or Jail:         UNION CI
Mailing address:        P.O. BOX 1000
                        RAIFORD, FL
                              32083

**II.   DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address.  Do the same for <u>**every**</u> Defendant:

(1)   Defendant's name:     E. PEREZ
      Official position:    MEDICAL DOCTOR
      Employed at:          CENTURION MEDICAL
      Mailing address:      1203 GOVERNOR'S SQUARE BLVD.
                            TALLAHASSEE, FL 32301

(2)   Defendant's name:     E. TOLEDO
      Official position:    MEDICAL DOCTOR
      Employed at:          CENTURION MEDICAL
      Mailing address:      1203 GOVERNOR'S SQUARE BLVD.
                            TALLAHASSEE, FL 32301

(3)   Defendant's name:     _____
      Official position:    _____
      Employed at:          _____
      Mailing address:      _____
                            _____


**<u>ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS</u>**

2

III.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.    **PREVIOUS LAWSUITS**

NOTE:  FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.    Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )                    No(✓)

1.    Parties to previous action:
(a)    Plaintiff(s): _____
(b)    Defendant(s): _____

2.    Name of judge: _____    Case #: _____

3.    County and judicial circuit: _____

4.    Approximate filing date: _____

5.    If not still pending, date of dismissal: _____

6.    Reason for dismissal: _____

7.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

B.    Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(✓)                    No( )

1.    Parties to previous action:
a.    Plaintiff(s): HUBERT BABB
b.    Defendant(s): McDONOUGH

2.    District and judicial division: NORTHERN DISTRICT - GAINESVILLE

3.    Name of judge: UNKNOWN    Case #: 4:07-CV-468-MP-WCS

4.    Approximate filing date: 11-5-07

5.    If not still pending, date of dismissal: UNKNOWN

6.    Reason for dismissal: VOLUNTARILY DISMISSED

3

7. Facts and claims of case: _DENIED ALLERGY MEDICATION, RESULT-_
_ING IN BLINDNESS AND REQUIRING EYE SURGERY_

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)                    No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a.  Plaintiff(s): _HUBERT BABB_
   b.  Defendant(s): _JIM LOWMAN_
2. District and judicial division: _NORTHERN DISTRICT, PENSACOLA DIVISION_
3. Name of judge: _UNKNOWN_        Case #: _3:98 CV 358_
4. Approximate filing date: _9-15-98_
5. If not still pending, date of dismissal: _4-1-99_
6. Reason for dismissal: _FAILURE TO PROSECUTE_
7. Facts and claims of case: _PLAINTIFF DOES NOT RECALL AND_
   _RESPONSES FROM COURT CLERKS REVEALED ONLY DATES._

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(✓)                    No( )

1. Parties to previous action:
   a.  Plaintiff(s): _HUBERT BABB_
   b.  Defendant(s): _DENNIS GIES_
2. District and judicial division: _NORTHERN DISTRICT, GAINESVILLE_
3. Name of judge: _UNKNOWN_        Case Docket # _1:01CV21-mmp_
4. Approximate filing date: _3-5-01_     Dismissal date: _3-29-05_
5. Reason for dismissal: _SUMMARY JUDGEMENT FOR DEFENDANTS_

4

(D. Cont.) (C. Cont.)

1. a. BABB
   b. WILLIAMS
2. NORTHERN DISTRICT - TALLAHASSEE
3. UNKNOWN     4:00 CV 368
4. 9-28-00
5. 5-3-01
6. VOLUNTARILY DISMISSED PRIOR TO SERVICE
7. PHYSICAL ABUSE WHILE AT FLORIDA STATE HOSPITAL

1. a. BABB
   b. MCDONOUGH
2. NORTHERN DISTRICT - GAINESVILLE
3. UNKNOWN     4:07 CV-468-MP-WCS
4. 11-5-07
5. UNKNOWN
6. VOLUNTARILY DISMISSED
7. DENIAL OF ADEQUATE MEDICAL CARE

1. a. HUBERT BABB
   b. RICK SCOTT
2. NORTHERN DISTRICT - TALLAHASSEE
3. SHERRILL     4:11 CV 418-WS/WCS
4. 8-23-11
5. 9-28-11
6. FAILED TO STATE CLAIM
7. STATE PER CURIAM RULINGS DENY DUE PROCESS OF LAW

(G-CONT.)

| Left | Right |
|------|-------|
| 1 a. HUBERT BABB | 1 a. HUBERT BABB |
| b. MCDONOUGH | b. BILL MCCOLLUM |
| 2. 11th CIR. | 2. LEON COUNTY CIRCUIT COURT © |
| 3. BLACK   CASE NO. 07-13411-G | 3. JOHN COOPER CASE NO. 2008 CA 611 |
| 4. 5-21-07 | 4. 2-26-08 |
| 5. 6-14-07 | 5. 7-10-08 |
| 6. DENIED SUCCESSIVE HABEAS CORPUS | 6. ATTORNEY GENERAL DID NOT HAVE LEGAL DUTY TO INVESTIGATE CRIMES |
| 7. MANIFEST INJUSTICE | 7. FELONY CRIMES COMMITTED BY PROSECUTOR + TRIAL ATTORNEY TO PREVENT NEW TRIAL. |

| Left | Right |
|------|-------|
| 1 a. HUBERT BABB | 1 a. HUBERT BABB |
| b. BILL MCCOLLUM | b. BILL MCCOLLUM |
| 2. FIRST DCA | 2. FLORIDA SUPREME COURT |
| 3. LEWIS CASE NO. 1D07-5531 | 3. PERRY CASE NO. SC07-1431 |
| 4. 10-25-07 | 4. 7-21-08 |
| 5. 11-14-07 | 5. TRANSFERRED TO FIRST DCA |
| 6. DENIED PER CURIAM - NO COMMENT | 6. " " " " |
| 7. MISCARRIAGE OF JUSTICE | 7. MOTION TO ASSUME JURISDICTION |

| Left | Right |
|------|-------|
| 1 a. HUBERT BABB | 1 a. HUBERT BABB |
| b. BILL MCCOLLUM | b. BILL MCCOLLUM |
| 2. FLORIDA SUPREME COURT | 2. FIRST DCA |
| 3. PERRY CASE NO. SC07-2338 | 3. EDWIN CASE NO. 1D08-4924 |
| 4. 12-5-07 | 4. 6-12-09 |
| 5. TRANSFERRED TO LOWER COURT | 5. 10-22-09 |
| 6. " " " " | 6. DENIED PER CURIAM - NO COMMENT |
| 7. MISCARRIAGE OF JUSTICE COMPEL ATTORNEY GENERAL TO INVESTIGATE CRIMES COMMITTED BY PROSECUTORS + TRIAL ATTORNEY | 7. LEGAL DUTY OF ATTORNEY GENERAL TO INVESTIGATE FELONY CRIMES COMMITTED BY PROSECUTOR AND TRIAL ATTORNEY TO THWART NEW TRIAL. |

(C - CONTINUED)

1 a. HUBERT BABB
   b. STATE OF FLORIDA
2. ESCAMBIA COUNTY CIRCUIT COURT
3. KENNETH BELL & JOSEPH TARBUCK
4. 7-24-01 CASE # 95-4637
5. 8-14-03
6. FAILED TO PROVE ISSUES
7. DENIED SPEEDY TRIAL, FAIR & IMPARTIAL
   JURY, WITNESSES, WRONGFUL CONVICTION

1 a. HUBERT BABB
   b. JAMES CROSBY
2. U.S. DISTRICT COURT - PENSACOLA
3. RICHARD SMOAK CASE NO. 3:04 CV453-RV-MD
4. 12-14-04
5. 11-30-05
6. FAILED TO PROVE ISSUES
7. DENIED SPEEDY TRIAL, FAIR & IMPARTIAL
   JURY, WITNESSES, WRONGFUL CONVICTION

1 a. HUBERT BABB
   b. STATE OF FLORIDA
2. FIRST DCA
3. UNKNOWN CASE NO. 1D03-3995
4. UNKNOWN
5. 9-20-04
6. PCA WITH NO COMMENT
7. DENIED SPEEDY TRIAL, FAIR & IMPARTIAL
   JURY, WITNESSES, WRONGFUL CONVICTION

1 a. HUBERT BABB
   b. STATE OF FLORIDA
2. U.S. SUPREME COURT
3. WILLIAM SUTER CASE NO. 06-7511
4. 10-25-06
5. 1-4-07
6. NO COMMENT
7. DENIED SPEEDY TRIAL, FAIR & IMPARTIAL
   JURY, WITNESSES, WRONGFUL CONVICTION

1 a. HUBERT BABB
   b. JAMES CROSBY
2. 11th CIRCUIT
3. BLACK CASE NO. 06-16367-FF
4. UNKNOWN
5. 10-2-06
6. BIASED JURY NOT UNREASONABLE
7. DENIED FAIR & IMPARTIAL JURY

1 a. HUBERT BABB
   b. STATE OF FLORIDA
2. FLORIDA SUPREME COURT
3. UNKNOWN CASE NO. SC07-739
4. 3-16-07
5. 4-25-07
6. DENIED DISCRETIONARY JURISDICTION
7. MANIFEST INJUSTICE

(C - CONT.)

| | |
|---|---|
| 1 a. HUBERT BABB | 1 a. HUBERT BABB |
| b. WALTER McNEIL | b. STATE OF FLORIDA |
| 2. FIRST DCA | 2. U.S. DISTRICT COURT - PENSACOLA |
| 3. KAHN CASE NO. 4917 | 3. CASEY RODGERS - CASE NO. 3:10 CV205/MCR/MD |
| 4. 9-22-09 | 4. 6-7-10 |
| 5. 10-21-09 | 5. 7-21-10 |
| 6. DENIED PER CURIAM - NO COMMENT | 6. PETITION NOT ALLOWED |
| 7. MISSCARRIAGE OF JUSTICE | 7. PETITION TO REMOVE CASE FROM STATE COURT |
| | |
| 1 a. HUBERT BABB | 1 a. HUBERT BABB |
| b. STATE OF FLORIDA | b. STATE OF FLORIDA |
| 2. FLORIDA SUPREME COURT | 2. ESCAMBIA COUNTY CIRCUIT COURT |
| 3. CLERK, HALL CASE NO. SC09-2120 | 3. KENNETH WILLIAMS CASE NO. 95 CF 4637A |
| 4. 11-13-09 | 4. 8-3-10 |
| 5. 11-17-09 | 5. 8-27-10 |
| 6. NO JURISDICTION | 6. TIME LIMITATION |
| 7. ASSUME ORIGINAL JURISDICTION | 7. MISCARRIAGE OF JUSTICE |
| | |
| 1 a. HUBERT BABB | 1 a. HUBERT BABB |
| b. THE FLORIDA BAR | b. STATE OF FLORIDA |
| 2. FLORIDA SUPREME COURT | 2. FLORIDA SUPREME COURT |
| 3. CLERK, HALL (NO CASE NO.) | 3. LEWIS CASE NO. SC11-759 |
| 4. 3-8-10 | 4. 5-10-11 |
| 5. 4-13-10 | 5. 7-15-11 |
| 6. PETITION TO COMPEL FLORIDA BAR | 6. NO JURISDICTION |
| 7. REFERRED TO FLORIDA BAR | 7. MOTION TO AMEND AND REINSTATE CASE. |

(C - CONT.)

| | |
|---|---|
| 1 a. HUBERT BABB | 1 a. HUBERT BABB |
| b. MICHAEL CREWS | b. JULIE JONES |
| 2. FLORIDA SUPREME COURT | 2. U.S. DISTRICT COURT — PENSACOLA |
| 3. LEWIS CASE NO. SC 14-851 | 3. TIMOTHY — CASE NO. 3:14 CV 479/LAC/EMT |
| 4. 4-29-14 | 4. 10-15-14 |
| 5. 6-17-14 | 5. UNKNOWN |
| 6. RELIEF NOT AUTHORIZED | 6. NO JURISDICTION |
| 7. UNLAWFUL DETENTION, UNLAWFUL + WRONGFUL CONICTION | 7. MISCARRIAGE OF JUSTICE, ACTUAL INNOCENCE. |

| | |
|---|---|
| 1 a. HUBERT BABB | 1 a. HUBERT BABB |
| b. STATE OF FLORIDA | b. STATE OF FLORIDA |
| 2. FIRST DCA | 2. U.S. 11TH CIRCUIT CASE NO. 15-11116-P |
| 3. KAHN CASE NO. 1D10-5047 | 3. MARCUS |
| 4. 10-12-10 | 4. UNKNOWN |
| 5. 12-8-10 | 5. 3-31-15 |
| 6. PER CURIAM AFFIRMED - NO COMMENT | 6. NO PRIMA FACIE SHOWING FOR SECOND OR SUCCESSIVE HABEAS CORPUS |
| 7. MISCARRIAGE OF JUSTICE BY CRIMINAL ACTS OF PROSECUTOR + TRIAL ATTORNEY - ACTUAL INNOCENCE | 7. MOTION TO FILE SECOND HABEAS CORPUS |

| | |
|---|---|
| 1 a. HUBERT BABB | 1 a. HUBERT BABB |
| b. RICK SCOTT | b. JULIE JONES |
| 2. U.S. DISTRICT COURT - TALLAHASSEE | 2. FIRST DCA |
| 3. SHERRILL CASE NO. 4:11 CV 418-WS/WCS | 3. BENTON CASE NO. 1D15-3583 |
| 4. 8-23-11 | 4. 8-3-15 |
| 5. 9-28-11 | 5. 8-18-15 |
| 6. FAILURE TO STATE CLAIM FOR RELIEF | 6. PER CURIAM DISMISSED, NO COMMENT |
| 7. PER CURIAM DENIALS VIOLATE DUE PROCESS OF LAW AND ACCESS TO COURTS. | 7. MISCARRIAGE OF JUSTICE ACTUAL INNOCENCE |

1a. HUBERT BABB
  b. CLARA SMITH
2. U.S. DISTRICT COURT - PENSACOLA
3. UNKNOWN - 3:16 CV 620
4.
5. 11-7-17
6. FAILURE TO STATE CLAIM
7.

1a. HUBERT BABB
  b.
2. U.S. DISTRICT COURT
3. UNKNOWN - 1:15 CV 60 - WS/GRJ
4. 4-2-15
5.
6. TRANSFERRED TO MIDDLE DISTRICT
7.

1a. HUBERT BABB
  b.
2. U.S. DISTRICT COURT
3. UNKNOWN - 8:15 CV 810
4. 4-3-15
5.
6. VOLUNTARILY DISMISSED
7.

1a. HUBERT BABB
  b.
2. U.S. DISTRICT COURT
3. UNKNOWN - 3:10 CV 205 - MCR/MD
4.
5.
6.
7.

---

1a. HUBERT BABB
  b.
2. U.S. DISTRICT COURT
3. UNKNOWN - 3:92 CV 30227 - RV
4.
5.
6.
7.

1a. HUBERT BABB
  b.
2. U.S. DISTRICT COURT
3. UNKNOWN - 3:97 CV 135 - RV
4.
5.
6.
7.

1a. HUBERT BABB
  b.
2. 11th CIRCUIT COURT OF APPEALS
3.
4.
5.
6. 11-   - 05
7.

1a. HUBERT BABB
  b. CLARA SMITH
2. U.S. SUPREME COURT
3.            18-7926
4. 10-25-18
5.
6.
7. SOCIOECONOMIC DISCRIMINATION

6.   Facts and claims of case: CLAIM FOR INJURY AFTER
     PLAINTIFF FELL DOWN FLIGHT OF STAIRS.
     **(Attach additional pages as necessary to list cases.)**

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

(1) OVER 40 YEARS AGO PETITIONER BABB WAS DIAGNOSED BY MULTIPLE DOCTORS AND ALLERGY SPECIALISTS WITH A CONDITION MEDICALLY REFERRED TO AS "ANAPHYLACTIC REACTIONS: CAN BE CAUSED BY ANY ALLERGEN. CAN PROGRESS SO RAPIDLY THAT IT LEADS TO COLLAPSE, CESSATION OF BREATHING, SEIZURES AND LOSS OF CONSCIOUSNESS WITHIN 1 TO 2 MINUTES. REACTION MAY BE FATAL UNLESS TREATMENT IS GIVEN IMMEDIATELY. (MERCK MANUAL OF MEDICAL INFORMATION, 2003)"

(2) THROUGHOUT HIS LIFE (HE IS NOW 68) BABB HAS EXPERIENCED NUMEROUS EPISODES OF THESE REACTIONS CAUSED BY VARIOUS SOURCES OF ALLERGENS, INCLUDING POLLENS, PET DANDRUFF, DUST MITES, MEDICATIONS, BEE STINGS AND SOME FOOD ALLERGIES. SOME WERE NEAR FATAL WHEN THE ANAPHYLACTIC REACTIONS NEARLY SHUT OFF BABB's BREATHING WITHIN MINUTES OF CONTACT WITH THE ALLERGEN. DOCTORS AND ALLERGY SPECIALISTS TRIED VIRTUALLY EVERY COMBINATION OF ALLERGY MEDICATIONS AVAILABLE OVER SEVERAL YEARS TO PREVENT AND CONTROL THE REACTIONS. SOME WERE MINIMALLY EFFECTIVE BUT THE ONLY CONSISTENTLY RELIABLY EFFECTIVE TREATMENT WAS THE COMBINATION OF DIPHENHYDRAMINE (BENADRYL) AND CHLORPHENIRAMINE (CPM).

(3) WHEN BABB WAS TRANSFERRED TO UNION CI IN 2003 HE MADE MEDICAL STAFF AWARE OF THIS BUT THEY REFUSED TO PROVIDE HIM WITH THE BENADRYL AND CPM, AND HE HAD MULTIPLE EPISODES SO SEVERE THAT HE HAD TO DECLARE MEDICAL EMERGENCIES, ONLY TO BE TOLD THAT "ALLERGIES" WERE NOT A MEDICAL EMERGENCY, AND THEN SENT BACK TO HIS DORM WITHOUT TREATMENT.

(4) BABB THEN HAD NO CHOICE BUT TO TRADE CANTEEN TO OTHER INMATES FOR THE BENADRYL AND CPM HE NEEDED LITERALLY TO STAY ALIVE. MEDICAL STAFF MADE NO EFFORT TO CONFIRM HIS TREATMENTS AND DIAGNOSIS OF ANAPHYLACTIC REACTIONS PRIOR TO PRISON, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

(5) THE REACTIONS ALMOST ALWAYS INCLUDE SUDDEN SEVERE ITCHING OF THE EYES, SINUSES, THROAT AND LUNGS. THE ITCHING OF THE EYES BEING SO SEVERE AND UNBEARABLE THAT BABB RESORTED TO PUTTING CAUSTIC SUBSTANCES, VINEGAR, SALT, ALCOHOL, ETC., IN HIS EYES FOR RELIEF WHEN HE COULD NOT GET THE BENADRYL AND CPM. THIS EVENTUALLY CAUSED HIM TO GO ALMOST COMPLETELY BLIND AND REQUIRED EYE SURGERY TO CORRECT.

(6) BABB FILED A 1983 LAWSUIT ON NOVEMBER 5, 2007 (AS LISTED HEREIN) FOR DENIAL OF THE BENADRYL AND CPM, THAT PROMPTED MEDICAL TO PROVIDE THE MEDICATIONS AND BABB DROPPED THE LAWSUIT.

(7) THAT WAS OVER TEN YEARS AGO, AND THERE HAVE BEEN MULTIPLE MEDICAL PROVIDERS FOR THE FLORIDA DEPT. OF CORRECTIONS IN THAT TIME. THE MOST RECENT BEING CENTURION MEDICAL, THAT BECAME THE MEDICAL PROVIDER IN 2017, AS WITH ALL PREVIOUS MEDICAL PROVIDERS, I ALSO MADE CENTURION MEDICAL STAFF AWARE OF THE SERIOUSNESS OF MY ANAPHYLACTIC REACTIONS.

(8) BABB'S ASSERTED INFORMATION NOT ONLY WENT UNHEEDED BY CENTURION MEDICAL STAFF, CENTURION DR. E. PEREZ FIRST CUT HIS PRESCRIPTIONS FOR BENADRYL AND CPM IN HALF, AND THEN DISCONTINUED BOTH COMPLETELY. BABB WAS THEN AGAIN FORCED TO TRADE CANTEEN AND EVEN HIS MEALS FOR THE MEDICATIONS, WHEN HE COULD NOT GET THE MEDICATIONS AND HAD TO DECLARE MEDICAL EMERGENCIES HE GOT THE SAME RESPONSES, " ALLERGIES ARE NOT A MEDICAL EMERGENCY, SIGN UP FOR SICKCALL".

(9) DR. PEREZ NOT ONLY CUT OFF THE BENADRYL AND CPM, HE ALSO CUT OFF BABB'S PRESCRIPTION FOR IBUPROPHEN THAT HE WAS RECEIVING FOR SEVERE BACK AND HIP PAIN, AND FOR SEVERE CHRONIC HEADACHES. BOTH OF WHICH HAVE BEEN EXTENSIVELY MEDICALLY DOCUMENTED FOR MANY YEARS. BACK PAIN SO SEVERE THAT BABB HAS HAD TO SKIP 5 OR 6 MEALS IN A ROW BECAUSE HE

COULD NOT WALK 50 FEET TO THE CHOWHALL AND THEN SIT AT A TABLE IN EXCRUCIATING PAIN LONG ENOUGH TO EAT, AT NIGHT NOT EVEN BEING ABLE TO ROLL FROM SIDE TO SIDE BECAUSE OF THE UNBEARABLE PAIN AND BEING DENIED ANY PAIN MEDICATION WHATSOEVER, AT THE SAME SUFFERING FROM LIFETIME MEDICALLY DOCUMENTED SEVERE CHRONIC BLINDING HEADACHES.

(10) INDEED, UNRELENTING PAIN DAY AND NIGHT FOR AN ENTIRE YEAR EVER SINCE DR. PEREZ DISCONTINUED BABB'S PRESCRIPTION FOR IBUPROPHEN ON MARCH 14, 2018. NO KIND OF PAIN MEDICATION WHATSOEVER BEING PRESCRIBED TO REPLACE THE IBUPROPHEN, NOT EVEN AN ASPIRIN.

(11) FOR OVER AN ENTIRE YEAR NO KIND OF MEDICATION WHATSOEVER BEING PRESCIBED TO REPLACE THE DISCONTINUED BENADRYL AND CPM, LEAVING BABB NO CHOICE BUT TO EITHER DAMAGE HIS EYES AGAIN WITH CAUSTIC SUBSTANCES OR JUST LAY IN HIS BUNK WITH HIS EYES CLOSED AND ENDURE THE SEVERE PAIN, ITCHING AND BURNING IN HIS EYES FOR HOURS AND EVEN DAYS AT A TIME.

(12) FOR NEARLY A YEAR AND A HALF NOW, SINCE HIS BENADRYL AND CPM WAS DISCONTINUED, BABB HAS HAD TO ENDURE PERSISTENT FREQUENT EPISODES OF ANAPHYLACTIC REACTIONS, THESE VARY IN INTENSITY AND DURATION DEPENDING ON THE TYPE AND DENSITY OF THE ALLERGENS INVOLVED. SOME EPISODES ARE UNCOMFORTABLE SHORTNESS OF BREATH AS AIR PASSAGES CONSTRICT, OFTEN THAT PROGRESSES TO CAUSING DIZZINESS AND MOMENTARY BLACKOUTS, AND THE TERRIFYING FEELING OF SUFFOCATION. BABB'S JOB ASSIGNMENT FOR 16 YEARS HAS BEEN TO INSTALL AND REPAIR FENCE AND RAZOR WIRE, ESPECIALLY IN THE WORST POLLEN SEASONS (SPRING AND FALL), BABB HAS SUSTAINED DOZENS OF CUTS, PUNCTURES AND LACERATIONS FROM THE RAZORWIRE WHILE UP ON A LADDER AND GETTING DIZZY FROM A SUDDEN ANAPHYLACTIC REACTION. THESE INJURIES WERE ALMOST ALWAYS DURING TIME PERIODS WHEN BABB HAD NO ACCESS TO BENADRYL AND CPM TO CONTROL THE REACTIONS. MOST OF THE INJURIES BEING WITHIN THE LAST YEAR AND A HALF ALONE SINCE THEY WERE DISCONTINUED. BABB WAS NOT ONLY DENIED THE MEDICATIONS, HE WAS EVEN DENIED A TETANUS SHOT AFTER BEING CUT, STABBED, PUNCTURED AND LACERATED DOZENS OF TIMES BY RUSTY RAZORWIRE IN LESS THAN A WEEK.

(13) AFTER AN ENTIRE YEAR OF BEING DENIED ANY MEDICATION WHATSOEVER FOR HIS POTENTIALLY LIFE-THREATENING ANAPHYLACTIC REACTIONS, SUSTAINING DOZENS OF INJURIES, AND FILING OVER A DOZEN GRIEVANCES ABOUT THE ISSUE, BABB WAS PRESCRIBED TWO DIFFERENT ALLERGY MEDICATIONS (LORATADINE AND MONTELUKAST) BY DR. TOLEDO IN MARCH AND APRIL, 2019. THIS WAS AFTER BABB SAW DR. TOLEDO ON MARCH 18, 2019 AND PERSISTENTLY INSISTED THAT THOSE (AND OTHER ALLERGY MEDICATIONS) HAD NEVER BEEN SUFFICIENTLY EFFECTIVE IN CONTROLLING OR PRE-VENTING HIS ANAPHYLACTIC REACTIONS, AND THAT BENADRYL AND CPM COMBINED WERE THE ONLY MEDICATIONS DETERMINED TO BE ADEQUATELY EFFECTIVE OVER YEARS OF TREATMENT BY NUMEROUS VA, PRIVATE PRACTICE AND PRISON DOCTORS AND ALLERGY SPECIALISTS.

(14) JUST 11 DAYS EARLIER, MARCH 7, 2019, BABB HAD WENT TO SICK CALL WITH COMPLAINTS OF BACK PAIN SO SEVERE THAT IT WAS KEEPING HIS BLOOD PRESSURE DANGEROUSLY HIGH, SO DANGEROUSLY HIGH (AT 175/113) THAT THE NURSE TRIAGED HIM TO SEE THE DOCTOR AS SOON AS POSSIBLE FOR PAIN MEDICATION. AFTER OVER A YEAR OF BEING DENIED ANY PAIN MEDICATION WHATSOEVER, DR. TOLEDO FINALLY PRESCRIBED 30 (600 MG) IBUPROFEN TABLETS TO LAST FOR 10 DAYS. NOT EVEN ENOUGH TO TAKE ONE TABLET A DAY AND IT USUALLY TAKES TWO TABLETS TO GET ANY SIGNIFICANT PAIN RELIEF FOR EVEN 8 OR 10 HOURS. THIS OF ITSELF KEEPS BABB IN IMMINENT DANGER OF SERIOUS PHYSICAL INJURY OR DEATH DUE TO STROKES OR HEART ATTACK FROM PERSISTENTLY DANGER-OUSLY HIGH BLOOD PRESSURE. (THERE WAS "NO REFILLS" ON THE 1 PRESCRIPTION)

(15) IN FACT, BABB HAS BEEN REPEATEDLY ADMITTED TO URGENT CARE TREATMENT FOR DANGEROUSLY HIGH BLOOD PRESSURE CAUSED BY BACK PAIN SO SEVERE THAT ONLY A PAIN SHOT AND THE STRONGEST BLOOD PRESSURE MEDICATION (CLONIDINE) WOULD BRING HIS BLOOD PRESSURE DOWN. CENTURION MEDICAL CUT OFF THE PAIN MEDICATION FOR OVER A YEAR, HAS PROVIDED BABB ONLY 30 IBUPROFEN TABLETS IN THE LAST YEAR AND FOUR MONTHS, AND HAS NEVER PROVIDED HIM WITH THE CLONIDINE TO EFFECTIVELY CONTROL HIS BLOOD PRESSURE. THE MOST BLATANT DISREGARD AND DELIBERATE INDIFFERENCE TO BABB'S SERIOUS MEDICAL NEEDS BECAUSE CENTURION MEDICAL COMPANY PROFIT COMES BEFORE ANY LEGITIMATE OR EFFECTIVE MEDICAL TREATMENT FOR FLORIDA PRISON INMATES.

(16) CONSEQUENTLY, FOR THE LAST YEAR AND FOUR MONTHS BABB HAS BEEN SUBJECTED TO VIRTUALLY UNRELENTING PAIN AND SUFFERING, PHYSICAL HARM AND INJURY, AND THE CONTINUOUS IMMINENT DANGER OF SERIOUS PHYSICAL INJURY OR DEATH, DR. PEREZ AND DR. TOLEDO SEEM TO HAVE THE CENTURION MEDICAL COMPANY ATTITUDE THAT FLORIDA PRISON INMATES ARE JUST SUB-HUMAN MERCHANDISE TO MAXIMIZE COMPANY PROFIT SPECIFICALLY BECAUSE THEY ARE CIRCUMSTANTIALLY DEFENSELESS AND VULNERABLE TO SUCH REPREHENSIBLE EXPLOITATION.

(17) WHEREFORE, IN REGARDS TO DEFENDANT DR. E. PEREZ, WHO AS TREATING PHYSICIAN ACTED IN CALLOUS AND RECKLESS DELIBERATE INDIFFERENCE TO BABB'S SERIOUS MEDICAL NEEDS BY CUTTING OFF THE ONLY MEDICATIONS, BENADRYL AND CPM, EFFECTIVE IN TREATING AND PREVENTING BABB'S PHYSICALLY INJURIOUS AND LIFE-THREATENING ANAPHYLACTIC REACTIONS; AND CUTTING OFF ALL PAIN MEDICATIONS FOR BABB'S MEDICALLY CONFIRMED AND DOCUMENTED SERIOUS BACK PROBLEMS AND SEVERE CHRONIC HEADACHES, THEREBY SUBJECTING BABB TO CONTINUOUS AND IRREPARABLE PHYSICAL HARM AND POTENTIALLY FATAL STROKES AND HEART ATTACKS; AND AS CHIEF HEALTH OFFICIAL (CHO) AT UNION CI DENIED MULTIPLE GRIEVANCES ABOUT THE DENIAL OF THE MEDICATIONS, AND;

(18) WHEREFORE, IN REGARDS TO DEFENDANT DR. E. TOLEDO, WHO AS TREATING PHYSICIAN ACTED IN CALLOUS AND RECKLESS DELIBERATE INDIFFERENCE TO BABB'S SERIOUS MEDICAL NEEDS BY REFUSING TO PRESCRIBE THE ONLY MEDICATIONS, BENADRYL AND CPM, EFFECTIVE IN TREATING AND PREVENTING BABB'S PHYSICALLY INJURIOUS AND LIFE-THREATENING ANAPHYLACTIC REACTIONS; AND REFUSING TO PRESCRIBE PAIN MEDICATIONS SUFFICIENT TO RELIEVE THE PAIN OF BABB'S MEDICALLY CONFIRMED AND DOCUMENTED SERIOUS BACK PROBLEMS AND SEVERE CHRONIC HEADACHES, THEREBY SUBJECTING BABB TO CONTINUOUS AND ONGOING PAIN, SUFFERING AND IRREPARABLE PHYSICAL HARM AND POTENTIALLY FATAL STROKES AND HEART ATTACKS; AND AS CHIEF HEALTH OFFICIAL (CHO) AT UNION CI DENIED MULTIPLE GRIEVANCES ABOUT THE DENIAL OF THE MEDICATIONS;

(19) WHEREFORE, BOTH DEFENDANTS, DR. E. PEREZ AND DR. E. TOLEDO, ARE SUED INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER COLOR OF STATE LAW.

## VI.   STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

(1) THE 8TH AMENDMENT CONSTITUTIONAL RIGHT TO PROTECTION FROM THE CRUEL AND UNUSUAL PUNISHMENT OF BEING DENIED MEDICATIONS FOR LIFE-THREATENING ALLERGIES, AND FOR THE CHRONIC SEVERE PAIN OF MEDICALLY DOCUMENTED BACK PAIN PROBLEMS AND LIFETIME SEVERE HEADACHES (2) THE 14TH AMENDMENT CONSTITUTIONAL RIGHT TO EQUAL PROTECTION OF THE LAW IN RECEIVING ADEQUATE MEDICAL CARE COMMENSURATE WITH THE HUMANE NORMS OF SOCIETY.

## VII.   RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

THIS COURT'S ORDER TO CENTURION MEDICAL DOCTORS E. PEREZ AND E. TOLEDO TO PROVIDE PETITIONER HUBERT BABB WITH ANY AND ALL MEDICATIONS NEEDED TO EFFECTIVELY TREAT HIS STATED MEDICAL CONDITIONS, AND COMPENSATORY AND PUNITIVE DAMAGES FOR THE PAIN, SUFFERING AND MENTAL TRAUMA HE HAS ENDURED AS RESULT OF THOSE MEDICATIONS BEING DENIED FOR 1½ YEARS.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

MAY 7, 2019
(Date)

_(Signature of Plaintiff)_

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on: the 7th day of MAY , 20 19 .

_(Signature of Plaintiff)_

Revised 03/07

7

HUBERT BABB   217290
UNION CI   D2206
P.O. BOX 1000
RAIFORD, FL   32083



U.S. POSTAGE >> PITNEY BOWES

ZIP 32083   $ 001.45⁰
02 1W
0001403805 MAY 07 2019

MAY 0 9 2019

CLERK OF COURT
U.S. DISTRICT COURT
111 N. ADAMS ST., STE. 322
TALLAHASSEE, FL   32301-7730

**LEGAL MAIL**



RECIEVED
UNION CORRECTIONAL INSTITUTION
MAY 0 7 2019
BY: _____
FOR MAILING